UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John C Rogozinski and Deborah H Rogozinski<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-03593<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

### ORDER DENYING REQUEST TO APPROVE MODIFICATION OF LOAN

THIS MATTER coming to be heard on the motion of the DEBTOR for Approval of a Modification of an Existing Loan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein; and

IT IS HEREBY ORDERED that:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 7, 2022

**Prepared by:**

Susan Notarius
ARDC # 6209646
Kluever Law Group, LLC
225 W. Washington St., Ste. 1550
Chicago, IL 60606